1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                                    DISTRICT OF NEVADA

10                                          * * *

11    ROBERT STEVEN YOWELL,                    Case No. 3:15-cv-00318-MMD-WGC

12                            Petitioner,                    ORDER
            v.
13
      ISIDRO BACA, et al.,
14
                            Respondents.
15

16

17         Petitioner has filed a supplemental petition for writ of habeas corpus (dkt. no.

18    10),[1] specifically to preserve the possible timeliness or equitable tolling of those claims.

19    Petitioner has filed a motion for leave to file first amended petition (dkt. no. 16), with the

20    deadline that the court has set in its order of October 1, 2015. The Court grants this

21    motion.

22         Petitioner also has filed a motion for leave to file exhibits under seal (dkt. no. 9).

23    The exhibits in question are confidential medical records and should be kept under seal.

24    The Court grants this motion.

25         It is therefore ordered that petitioner's motion for leave to file exhibits under seal

26    (dkt. no. 9) is granted.

27

    ------------------------

28         [1]The docket currently states that it is an amended petition.

1    It is further ordered that petitioner's motion for leave to file first amended petition

2    (dkt. no. 16) is granted. Petitioner will have through January 4, 2016, to file and serve a

3    first amended petition for a writ of habeas corpus.

4    DATED THIS 8th day of December 2015.

6    _____

MIRANDA M. DU
7    UNITED STATES DISTRICT JUDGE