# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT STEVEN YOWELL,<br><br>Petitioner,<br>v.<br><br>ISIDRO BACA, et al.,<br><br>Respondents. | Case No. 3:15-cv-00318-MMD-WGC<br><br>ORDER |

Petitioner has filed an amended petition (ECF No. 23). The Court has reviewed it pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts. The Court will direct respondents to file a response.

It is therefore ordered that respondents have forty-five (45) days from the date of entry of this order to answer or otherwise respond to the amended petition (ECF No. 23). Respondents must raise all potential affirmative defenses in the initial responsive pleading, including lack of exhaustion and procedural default. Successive motions to dismiss will not be entertained. If respondents file and serve an answer, then they must comply with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, and then petitioner will have forty-five (45) days from the date on which the answer is served to file a reply.

DATED THIS 19th day of July 2016.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE