# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT STEVEN YOWELL,<br><br>    Petitioner,<br>v.<br><br>ISIDRO BACA, *et al.*,<br><br>    Respondents. | Case No. 3:15-cv-00318-MMD-WGC<br><br>ORDER |

Petitioner having filed an unopposed motion for extension of time (first request) (ECF No. 56), and good cause appearing, it is therefore ordered that petitioner's unopposed motion for extension of time (first request) (ECF No. 56) is granted. Petitioner will have through January 29, 2018, to file and serve a reply to the answer (ECF No. 55).

DATED THIS 29th day of December 2017.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE