UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROBERT STEVEN YOWELL,<br><br>Petitioner,<br>v.<br><br>ISIDRO BACA, *et al.*,<br><br>Respondents. | Case No. 3:15-cv-00318-MMD-WGC<br><br>ORDER |

The parties have filed a Stipulation to continue the deadlines previously imposed by this Court regarding the reports and depositions of expert witnesses. (ECF No. 68.) This Court previously ordered that "Respondents will have until April 27, 2020, to depose Yowell's expert, that Respondents will have until May 15, 2020, to designate any rebuttal expert and provide Yowell a copy of that expert's report, and Yowell will have until June 15, 2020, to depose any rebuttal expert." (ECF No. 65 at 3.) The parties explain that, in light of the current pandemic and severe limitations on travel and gatherings, the deposition of Yowell's expert will not be able to take place by April 27, 2020. (ECF No. 68 at 2.) Alternatively, the parties explain that Respondents' counsel will not be able to conduct the deposition by telephone or by video conference, as her cellular service and internet service providers have had limited reliability, resulting in dropped calls and crashing video conference technology. (*Id.* at 3.) The parties stipulate that they will continue to comply with this Court's previous scheduling order regarding the second-amended petition and the evidentiary hearing date. (*Id.*) This Court finds that there is good cause to grant the Stipulation.

It is therefore ordered that the Stipulation to Continue Deadlines Regarding Experts in Scheduling Order (ECF No. 68) is granted.

It is further ordered that: Respondents will have until June 26, 2020, to depose Yowell's expert; Respondents will have until July 15, 2020, to designate any rebuttal expert and provide Yowell a copy of that expert's report; Yowell will have until August 3, 2020, to depose any rebuttal experts.

It is further ordered that all other deadlines imposed by this Court's February 18, 2020 order (ECF No. 65) will remain.

DATED THIS 10th day of April 2020.

MIRANDA M. DU,
CHIEF UNITED STATES DISTRICT JUDGE