Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Kimberly Sandberg
Assistant Federal Public Defender
New York State Bar No. 5152863
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Kimberly_Sandberg@fd.org

*Attorney for Petitioner Robert Steven Yowell

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Robert Steven Yowell,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>Isidro Baca, *et al.*,<br><br>　　　　Respondents. | Case No. 3:15-CV-00318-MMD-WGC<br><br>**Order to transport Petitioner** |

In accordance with the Order of this Court filed on February 18, 2020 ordering an evidentiary hearing to be held August 25, 2020.

**It Is Hereby Ordered** that the Nevada Department of Corrections will transport inmate **Robert Steven Yowell, NDOC #1042533**, to the Bruce R. Thompson Federal Courthouse, 400 S. Virginia Street, Reno, Nevada, to personally attend the evidentiary hearing scheduled for August 25, 2020 at 9:00 a.m. in Courtroom 5 before the Honorable Miranda M. Du.

The Clerk of Court additionally shall provide a copy of this order to the Marshal's Reno office.

Dated: July __22__, 2020.

Miranda M. Du
United States District Judge

Submitted by:

/s/ Kimberly Sandberg
Assistant Federal Public Defender
*Attorney for Robert Steven Yowell*