UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT STEVEN YOWELL,<br><br>Petitioner,<br>v.<br><br>ISIDRO BACA, *et al.,*<br><br>Respondents. | Case No. 3:15-cv-00318-MMD-WGC<br><br>ORDER |

It is ordered that Respondents shall file a response to Petitioner's motion in limine (ECF No. 98) by 5:00 p.m. on Friday, October 2, 2020, and Petitioner may file a reply by 12:00 p.m. noon on Monday, October 5, 2020.

DATED THIS 30th Day of September 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE