UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROBERT STEVEN YOWELL,<br><br>                 Petitioner,<br>     v.<br>ISIDRO BACA, *et al.*,<br><br>                Respondents. | Case No. 3:15-cv-00318-MMD-WGC<br><br>ORDER |

In light of Respondents' filing of a suggestion of death (ECF No. 112) following the passing of Petitioner Robert Yowell, it is ordered that the petition, as amended, is dismissed without prejudice as moot.[1]

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 6th Day of January 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] *E.g., McMann v. Richardson*, 397 U.S. 759, 760 n.1 (1970); *Stanley v. Ryan*, 716 F.3d 1272 (9th Cir. 2013). The matter was submitted for decision, and therefore there are no response dates or other pending directives to vacate.